IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA URBANSKI, STEVEN URBANSKI, h/a INDIVIDUALLY AND AS PARENTS OF J.U., A MINOR | : : : : | CIVIL ACTION NO. 14-2227 |
| vs. | : : | |
| BAYADA HOME HEALTH CARE | : | |

ORDER

AND NOW, this 30th day of June, 2014, defendant's motion to transfer is GRANTED and this action is transferred to the United States District Court for the Middle District of Pennsylvania.

s/ *Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.         J.