**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA URBANSKI and STEVEN URBANSKI, h/w individually and as parents of J. U., a minor,<br><br>  Plaintiffs,<br><br>    v.<br><br>BAYADA HOME HEALTH CARE,<br><br>  Defendant. | CIVIL ACTION NO. 14-CV-1508<br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 22nd day of April, 2015, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Dismiss (Doc. 8) pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED** with respect to Count II, Negligent Hiring. In all other respects, it is **DENIED**.

(2) Defendant's Motion to Dismiss (Doc 8) pursuant to Federal Rule of Civil Procedure 12(b)(6) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge